**No. 48449.**—Protests 766319–G(A), etc., of Albers Bros. Milling Co. et al. (Portland, Oreg., etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.